IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

* * * * * *

| | | |
|---|---|---|
| CENTRAL LABORERS' PENSION, | ) | CASE NO: 07-663 |
| Plaintiff(s), | ) | **MINUTES OF COURT** |
| | ) | |
| vs. | ) | DATE: 2/22/2008 |
| | ) | |
| STORMER EXCAVATING, INC.,. | ) | PLACE: Benton, IL |
| | ) | |
| Defendant(s). | ) | |

PRESENT: **HONORABLE J. PHIL GILBERT, DISTRICT JUDGE**

DEPUTY CLERK: K. Jane Reynolds     COURT REPORTER: N/A

COUNSEL FOR PLAINTIFF(S): N/A

COUNSEL FOR DEFENDANT(S): N/A

MINUTE ORDER IN CHAMBERS (X):

PROCEEDING:

TIME:

This matter is before the court on the Petition for Rule to Show Cause.

It is hereby ORDERED that this matter is set for hearing on 3/6/2008 at 1:30 p.m. in Benton, IL.


NORBERT G. JAWORSKI, CLERK


By: s/ K. Jane Reynolds
Deputy Clerk