UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS , <br><br> Plaintiffs, <br><br> v. <br><br> STORMER EXCAVATING, INC. and TIM STORMER, individually, <br><br> Defendants. | Case No. 07-cv-663-JPG |

**MEMORANDUM AND ORDER**

This matter comes before the Court on Plaintiffs's Motion for Extension of Time to Submit a Supplement to the Motion for Default Judgment (Doc. 35). Plaintiffs have submitted evidence that Defendants were dilatory in turning over all records needed to complete the audit necessary for Plaintiffs to finally determine the amount of delinquent contributions and liquidated damages owed by Defendants. Therefore, the Court will grant the instant motion. However, the Court notes that this is Plaintiffs's fifth such motion for extension of time. As Plaintiffs have indicated that they now have all the documentation necessary to complete the audit, the Court **WARNS** Plaintiffs that no further extensions will be granted.

The Court **GRANTS** the Motion (Doc. 35). Plaintiffs shall have until November 28, 2008, to file a Supplement to the Motion for Default Judgment. In the absence of a supplement, the Court will enter judgment for Plaintiffs in the amount certain contained in the Motion for Default Judgment (Doc. 8).

**IT IS SO ORDERED.**
**DATED: October 7, 2008**

                                            s/ J. Phil Gilbert
                                            **J. PHIL GILBERT**
                                            **DISTRICT JUDGE**