UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS, <br><br> Plaintiffs, <br><br> v. <br><br> STORMER EXCAVATING, INC. and TIM STORMER, individually, <br><br> Defendants. | Case No. 07-cv-663-JPG |

## MEMORANDUM AND ORDER

This matter comes before the court on Plaintiffs' Motion for Default Judgment (Doc. 8) against Defendants Stormer Excavating, Inc. and Tim Stormer, individually.

The Court allowed Plaintiffs additional time to complete an audit and to supplement the motion for default judgment. The supplement was to set forth the total amount of the award sought and was to attach sufficient admissible evidence to support every element of the requested amount. Plaintiffs have filed three supplemental motions (Docs. 38, 39 and 40). The first (Doc. 38) contained no admissible evidence in support of the requested amount. Accordingly, it will be denied.

The second supplemental motion (Doc. 39) contained a copy of the completed audit along with a letter signed by the CPA who conducted the audit and an affidavit in support of attorney's fees and costs. The second supplement requests $36,924.55 in contributions due and $3,692.45 in liquidated damages for a total of $40,617. The supplement also requests $5,738.12 in attorney's fees and costs. However, the attached affidavit supports only $2,917.50 in attorney's fees and costs. The total amount of the award sought in the second supplement is $47,405.12. However, the attached documentation supports an award of only $43,534.50.

The third supplemental motion (Doc. 40) also requests a total award of $47,405.12 but contains no admissible evidence in support of such an award. Accordingly, it will be denied.

## CONCLUSION

The Court **GRANTS** the Motion for Default Judgment (Doc. 8) and the Supplemental Motion for Default Judgment (Doc. 39) as supported. The Court **DENIES** the Supplemental Motion for Default Judgment (Doc. 38) and the Supplemental Motion for Default Judgment (Doc. 40). The Court **DIRECTS** the Clerk of Court to enter default judgment in favor of Plaintiffs Central Laborers's Pension, Welfare and Annuity Funds and against Defendants Stormer Excavating, Inc. and Tim Stormer in the amount of forty thousand, six hundred seventeen dollars ($40,617) plus two thousand, nine hundred, seventeen dollars and fifty cents ($2,917.50) in attorney's fees and costs for a total judgment of forty-three thousand, five hundred thirty-four dollars and fifty cents ($43,534.50).

**IT IS SO ORDERED.**
**DATED: December 5, 2008**

                                                        s/ J. Phil Gilbert
                                                       **J. PHIL GILBERT**
                                                       **DISTRICT JUDGE**