UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS,<br><br>Plaintiffs,<br><br>v.<br><br>STORMER EXCAVATING, INC. and TIM STORMER, individually,<br><br>Defendants. | Case No. 07-cv-663-JPG |

## **DEFAULT JUDGMENT**

This matter having come before the Court, the defendants having failed to plead or otherwise defend, and default having been entered,

IT IS HEREBY ORDERED AND ADJUDGED that judgment in this case is entered in favor of plaintiffs Central Laborers's Pension, Welfare and Annuity Funds and against Defendants Stormer Excavating, Inc. and Tim Stormer in the amount of forty thousand, six hundred seventeen dollars ($40,617) plus two thousand, nine hundred, seventeen dollars and fifty cents ($2,917.50) in attorney's fees and costs for a total judgment of forty-three thousand, five hundred thirty-four dollars and fifty cents ($43,534.50).

**NORBERT JAWORSKI**

Date: December 5, 2008          By:s/Deborah Agans, Deputy Clerk


**Approved:**     s/ J. Phil Gilbert
          **J. PHIL GILBERT**
          **DISTRICT JUDGE**